UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STEVENS WHITE
        Plaintiff

CIVIL ACTION NO. 09-923-SCR

VS.

LEBLANC NISSAN, L.C.          MAG. JUDGE STEPHEN RIEDLINGER
        Defendant

## JUDGMENT AND ORDER OF DISMISSAL

Considering the foregoing Joint Motion for Dismissal with Prejudice filed herein on behalf of Stevens White and LeBlanc Nissan, L.C., record document number 16;

IT IS ORDERED, ADJUDGED AND DECREED that Plaintiff's claims against Defendant be and they are hereby DISMISSED, with prejudice, with the parties bearing their own attorney fees and costs.

Baton Rouge, Louisiana, July 9, 2010.

_____
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE